# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v                           CASE NO. 3:10cr40/MCR

**CALEB ANDREW GLOVER**
_____

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

Based on the jury's verdict of not guilty as to this defendant on Count Four following a trial on August 4, 2010, the defendant CALEB ANDREW is hereby ADJUDGED NOT GUILTY of the charge in Count Four and this charge is DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 11th day of August, 2010.

                               s/ *M. Casey Rodgers*
                               M. CASEY RODGERS
                               UNITES STATES DISTRICT JUDGE