IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.: 3:10cr40/MCR/EMT
    3:19cv558/MCR/EMT

CALEB ANDREW GLOVER

---

## **REPORT AND RECOMMENDATION**

This matter is before the court upon Defendant Caleb Andrew Glover's counseled "Unopposed Motion to Dismiss without Prejudice" (ECF No. 105).

In April of 2019, Glover filed a motion pursuant to 28 U.S.C. § 2255 seeking relief from his conviction for using a firearm during and in relation to a crime of violence, in light of *Sessions v. Dimaya,* 138 S. Ct. 1204 (2018) (ECF No. 97). Glover also requested that the court hold his case in abeyance pending the Supreme Court's then-forthcoming decision in *United States v. Davis*, 139 S. Ct. 2319 (2019). The undersigned granted his request (ECF Nos. 98, 101.)

The Supreme Court subsequently held in *Davis* that the residual clause of 18 U.S.C. § 924(c)(3) is unconstitutionally void for vagueness.  *Id.* at 2336.   Glover believes that, despite the elimination of the residual clause in *Davis*, Eleventh Circuit precedent forecloses an argument that the underlying offense of Hobbs Act robbery does not qualify as a crime of violence according to the still-valid force/elements

clause, 18 U.S.C. § 924(c)(3)(A).  He therefore seeks dismissal of the instant § 2255 motion without prejudice.  Glover personally agrees that dismissal of this action, without prejudice, is in his best interest at the time, and the Government does not object (ECF No. 105 at 2).

Good cause having been shown, Defendant Glover's request should be granted, and his § 2255 motion should be dismissed without prejudice.[1]

Based on the foregoing, it is respectfully **RECOMMENDED**:

1.  Defendant Glover's "Unopposed Motion to Dismiss without Prejudice" (ECF No. 105) be **GRANTED,** and

2.  Defendant Glover's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 97) be **DISMISSED without prejudice**.

At Pensacola, Florida, this 30th day of August 2019.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Dismissal without prejudice means only that a subsequently filed § 2255 motion would not be deemed "second or successive."  It does not provide a means to circumvent any applicable statute of limitations.

Case Nos.: 3:10cr40/MCR/EMT; 3:19cv558/MCR/EMT

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.   <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>   A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**