# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS.: 3:10cr40/MCR/EMT
 3:19cv558/MCR/EMT

CALEB ANDREW GLOVER
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 30, 2019. ECF No. 106. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a *de novo* review of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 106, is adopted and incorporated by reference in this Order.

2. Defendant's "Unopposed Motion to Dismiss without Prejudice", ECF No. 105, is **GRANTED**.

3. Defendant's Motion to Vacate, Set Aside or Correct Sentence, ECF No. 97, is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 30th day of September 2019.

<u>s/ *M. Casey Rodgers*</u>
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**